No. 94–6409 (A–293). OWENS ET UX. *v.* EMC MORTGAGE CORP. Sup. Ct. Ga. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied. Certiorari denied.